DORICE LUCEY et al., Appellants, *v.* HARRY HARSTEDT, Defendant, and VAN WAGENEN & SCHICKHAUS COMPANY, Respondent.

Argued November 15, 1946; decided January 9, 1947.

*Jack L. Rappaport, Maurice Shorenstein, William S. Shorenstein* and *Samuel M. Shorenstein* for appellants.

*Chester Bordeau, Lowell Wadmond, Franklin Malone* and *Lewis A. Ackley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.